UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In Re:

**114 TENTH AVENUE ASSOC., INC.,**

                 Chapter 11
                 Case No. 05-60099 (ALG)

       Debtor.
-----------------------------------------------------------------X

**114 TENTH AVENUE ASSOC., INC.,**      Adv. Pro. No. 08-01347 (ALG)

       Plaintiff,

  -against-


**KAREN NASON, individually and as Trustee
Of the KRSTC IRREVOCABLE TRUST, and
KENNETH N. MILLER**,

       Defendants.

-----------------------------------------------------------------X

## ORDER DISMISSING ADVERSARY PROCEEDING

    Upon the motion for summary judgment, filed by Gabriel Del Virginia, Esq. on behalf of Defendant Karen Nason seeking the a declaratory judgment in favor of Defendant Nason on the second cause of action of the complaint in the above-captioned adversary proceeding (the "Adversary Proceeding"), with prejudice (the "Motion"); and the Plaintiff-Debtor, 114 Tenth Avenue Assoc. Inc., having withdrawn the first and third causes of action in the Adversary Proceeding, with prejudice pursuant to a stipulation and order of this Court dated, September 25, 2008; and the Debtor having filed papers opposing the Motion; and a hearing having been before this Court and counsel for the parties on February 26, 2009 to consider the Motion (the "Hearing"); and after due deliberation and good and sufficient cause appearing therefore and for the reasons

1

2

stated on the record at the Hearing it is hereby

**ORDERED**, that second cause of action, which is the remaining claim in the Adversary Proceeding, be, and it hereby is, dismissed without prejudice; and it is

**ORDERED**, that the Adversary Proceeding be, and it hereby is, dismissed and closed.

Dated: New York, New York
       March 24, 2009

                                        /s/ Allan L. Gropper
                                **HON. ALLAN L. GROPPER**
                                **UNITED STATES BANKRUPTCY JUDGE**